UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 14-20160-CR-GAYLES(SEITZ)

UNITED STATES OF AMERICA

                Plaintiff,

vs.

ENRIQUE ANGULO,

                Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Andrea M. Simonton, on October 31, 2014. A Report and Recommendation filed on October 31, 2014 recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Andrea M. Simonton, is hereby Adopted and Approved in its entirety. The Defendants are adjudged guilty as to Count One of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of November, 2014.

                                            PATRICIA A. SEITZ
                                            UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Simonton
             Counsel of Record